# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHAN LNU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-01310-WLH-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus is issued requiring Respondents to immediately release Petitioner Rohan Lnu (A# 245-537-310), and no later than one business day following the Court's order, requiring Respondents return any confiscated property and documents to Petitioner, and prohibiting Petitioner's re-detention under 8 U.S.C. § 1226(a) absent pre-deprivation notice and a hearing before an immigration judge at which the government must justify his detention by clear and convincing evidence; and (3) Respondents must file a status report

regarding compliance with the Court's order within three court days of Petitioner's release.

DATED: June 25, 2026

_____
HON. WESLEY L. HSU
United States District Judge

2