JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROHAN LNU,

       Petitioner,

       v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al.,

       Respondents.

Case No. 5:26-cv-01310-WLH-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the May 18, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 7.)

DATED:  June 25, 2026



_____

HON. WESLEY L. HSU
United States District Judge